PROB 12C
(7/93)

Report Date: January 25, 2013

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 28 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Rigoberto Baeza          Case Number: 2:01CR00100-001

Address of Offender: Spokane County Jail, 1100 West Mallon, Spokane WA 99260

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 9/13/2002

| | |
|---|---|
| Original Offense: | Distribution of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1); Distribution of Cocaine, 21 U.S.C. § 841(a)(1); Distribution of Over 50 Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1); Felon in Possession of Ammunition, 18 U.S.C. § 922(g) |
| Original Sentence: | Prison - 120 Months<br>TSR - 96 Months |
| Asst. U.S. Attorney: | U.S. Attorney's Office |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: 12/23/2010

Date Supervision Expires: 12/22/2018

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On January 23, 2013, a criminal complaint was filed in United States District Court, Eastern District of Washington, under case number: 2:13-MJ-00038-CI.<br><br>According to the above-referenced complaint, the offender was deported from the United States at San Francisco, California, on February 9, 2012. On January 22, 2013, he was located in the United States at Grant County in the Eastern District of Washington. The offender did not have advance legal permission from the United States Attorney General or his designee prior to returning to the United States, and is in violation of 8 U.S.C. § 1326. |

Prob12C
Re:  Baeza, Jose Rigoberto
January 25, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/25/2013

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

Jan 28 2013
Date